UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHEALEEN LOUISE BISHOP,

                         Plaintiff,                      23-CV-01277 (MKV)

       -against-                                  **ORDER**

SHEIN DISTRIBUTION CORP.,

                         Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties' request to adjourn the settlement conference scheduled for August 8, 2023 is granted. The parties are directed to contact the Court with proposed alternative dates for the conference.

       **SO ORDERED.**

DATED:    New York, New York
               July 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge