

Justin MacLean
Tel 212.801.3137
Justin.MacLean@gtlaw.com

November 6, 2023

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Bishop v. Shein Distribution Corp. et al.*, No. 1:23-cv-01277 (MKV) (VF)**

Dear Judge Figueredo:

    Pursuant to Section I.a of Your Honor's Individual Practices and Your Honor's November 2, 2023 Order (Dkt. 72), we write on behalf of Defendants[1] and with the consent of Plaintiff Shealeen Louise Bishop ("Plaintiff") to jointly advise the Court that the Parties have reached an agreement in principle regarding the outstanding discovery disputes scheduled to be addressed at the November 8, 2023, informal discovery conference in this action (Dkts. 59, 63, 69). Accordingly, the Parties jointly request that the November 8, 2023, conference be vacated. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/Justin A. MacLean*

cc: Counsel of Record

---

**Application Granted**

*[signature]*

Valerie Figueredo, U.S.M.J.

DATED: November 7, 2023

The conference scheduled for November 8, 2023, is hereby adjourned. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 59, 63, 69, and 75.

---

[1] As used herein, "Defendants" and/or "Shein" refer collectively to Shein Distribution Corporation ("SDC"), Roadget Business Pte. Ltd. ("Roadget"), Zoetop Business Co. Ltd. ("Zoetop"), and Shein Technology, LLC ("Shein Tech").

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400
www.gtlaw.com