**WESLEY M. MULLEN**

**MULLEN P.C.**
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

December 29, 2023

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2023

<u>VIA CM/ECF</u>

Re: <u>Bishop v. Shein Distribution Corp.</u>,
No. 1:23-cv-01277-MKV-VF

Your Honor:

I am counsel to Plaintiff Shealeen Louise Bishop. I write to request a 45-day extension of the deadline to restore this case under the conditional order of dismissal entered December 1, 2023. (ECF Doc. 80 (the "Order").)

The current dismissal deadline under the Order is January 2, 2023. The requested extended date is February 16, 2024.

The reason for this request is that the Parties require a modest extension of time to conclude definitive settlement.

Counsel for Defendants consents to this request.

We wish the Court a happy New Year, and thank it for its continued attention.

Respectfully submitted,

Wesley M. Mullen

cc: All counsel of record (via CM/ECF)

**Granted. SO ORDERED.**

Date: 12/29/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

WMULLEN@MULLENPC.COM | (646) 632-3718